IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DANIEL V. GALLEGOS,**

      **Plaintiff,**

    **vs.**                           **No. CIV 20-634 WJ/KRS**

**KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,**

      **Defendant.**

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court upon Defendant's Motion to Seal Administrative Record, (Doc. 22).  Having read the motion and being fully advised in the premises, the Court finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed.  Access to the administrative record shall be limited to the Court and the case participants only.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge